JOAN B. TUCKER FIFE (SBN 114572)
  jfife@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

JESSIE A. KOHLER (SBN 179363)
  jkohler@winston.com
ERIC E. SUITS (SBN 232762)
  esuits@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone:    213-615-1700
Facsimile:    213-615-1750

Attorneys for Defendants
Wells Fargo Financial, Inc. d/b/a
Wells Fargo Financial and Wells Fargo
Financial Acceptance

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Castle and Jonathan Shaver, on behalf of themselves and classes of those similarly situated<br><br>  Plaintiff,<br><br>vs.<br><br>Wells Fargo Financial, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, and DOES 1-50<br><br>  Defendants. | Case No. C-06-4347 EMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** ; ORDER |

WHEREAS, Plaintiffs Richard Castle and Jonathan Shaver ("Plaintiffs") filed their Complaint on July 17, 2006;

WHEREAS, Plaintiffs served their Complaint on Defendant Wells Fargo Financial, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, ("Wells Fargo") on August 1, 2006;

1   WHEREAS, the response of Wells Fargo to Plaintiffs' Complaint is due on August 21, 2006;

2   WHEREAS, Plaintiff's counsel granted Wells Fargo a thirty day extension for its response to
3   Plaintiffs' Complaint;

4   WHEREAS, the thirty day extension for Wells Fargo to respond to Plaintiffs' Complaint will
5   not alter the date of any event or any deadline already fixed by Court order;

6   NOW THEREFORE, the parties hereby stipulate and agree as follows:

7   1. Wells Fargo's response to Plaintiffs' Complaint is due on September 20, 2006;

8   2. Counterpart signatures of all parties to this Stipulation shall be acceptable as shall
9      facsimile or copy signatures.

10  IT IS SO AGREED.

11  Dated: August 18, 2006                WINSTON & STRAWN LLP

13                                        By:  /s/ Joan B. Tucker Fife
                                               Joan B. Tucker Fife
14                                             Attorneys for Defendant
                                               Wells Fargo Financial, Inc. d/b/a
15                                             Wells Fargo Financial and Wells
                                               Fargo Financial Acceptance

18  Dated: August 18, 2006                RUKIN HYLAND & DORIA LLP

20                                        By:  /s/ John Hyland
                                               Peter Rukin
21                                             John Hyland
                                               Attorney for Plaintiffs
22                                             Richard Castle and Jonathan Shaver

2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT C-06-4347 EMC

1
2  **ATTESTATION OF CONCURRENCE**

3　　I, Joan B. Tucker Fife, declare under penalty of perjury that concurrence in the filing of this
4  document has been obtained from John Hyland, attorney for Plaintiffs.

5

6  Dated: August 18, 2006　　　　　　　　　　WINSTON & STRAWN LLP

7

8  　　　　　　　　　　　　　　　　　　By:　/s/ Joan B. Tucker Fife
　　　　　　　　　　　　　　　　　　　　　　Joan B. Tucker Fife
9  　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　Wells Fargo Financial, Inc. d/b/a
10 　　　　　　　　　　　　　　　　　　　　Wells Fargo Financial and Wells
　　　　　　　　　　　　　　　　　　　　　　Fargo Financial Acceptance

11

12

13

14  IT IS SO ORDERED:

15

16

17  _____
　　Edward M. Chen
18  U.S. Magistrate Judge



19
20
21
22
23
24
25
26
27
28

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

LA:172405.1

3
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT C-06-4347 EMC