Racchana T. Srey, MN Bar No. 340133
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone (612) 256-3200

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Richard Castle and Jonathan Shaver, on behalf of themselves and classes of those similarly situated,

Plaintiffs,

v.

Wells Fargo Financial d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, and DOES 1-50,

Defendant.

Case No: C 06 4347 EMC

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to Civil L.R. 11-3, Racchana T. Srey, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

In support of this application I certify on oath that:

1. I am an active member in good standing of the United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-

IT IS SO ORDERED
Judge Susan Illston

1

counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

    John Hyland
    Rukin Hyland & Doria LLP
    100 Pine Street, Suite 725
    San Francisco, CA 94111
    Telephone: (415) 421-1800

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/11/06

[signature]

2