IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CASTLE, et al., | No. C 06-4347 SI |
| Plaintiffs, | **ORDER DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIFTH CAUSE OF ACTION WITHOUT PREJUDICE AND VACATING HEARING** |
| v. | |
| WELLS FARGO FINANCIAL, INC., et al., | |
| Defendants. | |

Defendants Wells Fargo Financial, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, move to dismiss plaintiffs' fifth cause of action for failure to provide rest breaks and meal periods in violation of California Labor Code section 226.7. Defendants' motion is currently scheduled for a hearing on November 17, 2006. Pursuant to Civil Local Rule 7-1(b), the Court determines the matter is appropriate for resolution without oral argument, and accordingly VACATES the hearing.

Defendants contend that California Labor Code Section 226.7 provides a claim for the payment of a penalty, and that as such, plaintiffs' fifth cause of action is governed by, and barred by, the one-year statute of limitations in California Code of Civil Procedure Section 340. Plaintiffs counter that § 226.7 provides for the repayment of wages, not a penalty, and that the three-year statute of limitations under California Code of Civil Procedure Section 338 applies.

This specific question is currently pending before the California Supreme Court in *Murphy v. Kenneth Cole Productions*, 130 P.3d 519 (Cal. 2006). *Murphy* was accepted for review in February, 2006 and has not yet been decided. This Court determines that, until the California Supreme Court decides this question of California law, it would be judicially inefficient to decide the pending motion on the merits.

Accordingly, the Court hereby DENIES defendants' motion to dismiss without prejudice to renewal after the Supreme Court issues a decision in *Murphy*. In addition, the Court DENIES defendants' request for judicial notice as moot; defendants may resubmit their request in the event they renew their motion. (Docket Nos. 24 and 25).

**IT IS SO ORDERED.**

Dated: November 8, 2006

SUSAN ILLSTON
United States District Judge