JOAN B. TUCKER FIFE (SBN:144572)
email: jfife@winston.com
JENNIFER W. GARBER (SBN:222096)
email: jgarber@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 300
San Francisco, CA 94111
Telephone: 415-591-1000
Facsimile: 415-591-1400

JESSIE A. KOHLER (SBN: 179363)
email: jkohler@winston.com
ERIC E. SUITS (SBN: 232762)
email: esuits@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Attorneys for Defendant
WELLS FARGO FINANCIAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CASTLE and JONATHAN SHAVER, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO FINANCIAL, INC. d/b/a WELLS FARGO FINANCIAL AND WELLS FARGO FINANCIAL ACCEPTANCE, and DOES 1-50,<br><br>Defendants. | Case No. C064347 SI<br><br>**The Honorable Susan Illston**<br><br>**STIPULATION RE FILING OF AMENDED COMPLAINT AND [PROPOSED] ORDER** |

**STIPULATION AND [PROPOSED] ORDER - C064347 SI**

SF:151496.1

WHEREAS, Plaintiffs Richard Castle and Jonathan Shaver, on behalf of themselves and classes of those similarly situated (collectively, "Plaintiffs"), filed their initial Complaint on or about July 17, 2006;

WHEREAS, Plaintiffs filed a Motion for Leave to File an Amended Complaint on December 14, 2006, pursuant to Fed.R.Civ.Pro. 15(a), to add two additional plaintiffs;

WHEREAS, the hearing on Plaintiffs' Motion for Leave to File an Amended Complaint is set for February 2, 2007,

WHEREAS, Plaintiffs and Defendant Wells Fargo Financial, Inc. ("Defendant") have agreed that Plaintiffs may file the Amended Complaint in this action, a copy of which is attached to this Stipulation as Exhibit A, and Defendant may file an amended response to the Amended Complaint within 10 days of the filing of the Amended Complaint and entry of this Stipulation.

WHEREAS, although Defendant has agreed to permit Plaintiffs to file the Amended Complaint, Plaintiffs and Defendant agree that by such agreement, Defendant does not waive any arguments that the two additional Plaintiffs added in the Amended Complaint do not meet the requirements for joinder under Federal Rules of Civil Procedure 19 or 20. Further, this Stipulation should not be considered an admission by either party of any facts in the above-captioned case, or the basis for any further amendments of the Complaint.

NOW, THEREFORE, the parties hereby stipulate and agree, subject to Court approval, as follows:

1. Plaintiffs shall be granted leave to file the Amended Complaint, attached to this Stipulation as Exhibit A;

2. The Amended Complaint shall be deemed filed as of the date of the Order approving this Stipulation;

3. Defendants may file an amended response to the Amended Complaint within ten (10) days after the entry of the Order approving this Stipulation and the filing of the Amended Complaint;

4. By submitting this Stipulation, Defendant does not waive any arguments that the two additional Plaintiffs added in the Amended Complaint fail to meet the requirements of joinder under

2
**STIPULATION AND [PROPOSED] ORDER - C064347 SI**
SF:151496.1

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111*

Federal Rules of Civil Procedure 19 and 20.  Further, this Stipulation should not be considered an admission by either party of any facts in the above-captioned case, or the basis for any further amendments to the Complaint.

Dated:  January 12, 2007

WINSTON & STRAWN LLP
JOAN B. TUCKER FIFE
JENNIFER W. GARBER
JESSIE A. KOHLER
ERIC E. SUITS

By: _____/s/_____
    Joan B. Tucker Fife
    Attorneys for Defendant
    WELLS FARGO FINANCIAL, INC.

Dated:  January 12, 2007

NICHOLS KASTER & ANDERSON, PLLP
DONALD H. NICHOLS
PAUL LUKAS
RACHHANA SREY
BRYAN SCHWARTZ

By: _____/s/_____
    Bryan Schwartz
    Attorneys for Plaintiffs
    RICHARD CASTLE, et al.

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111

## ORDER

Based on the stipulation of the parties, the Court hereby orders:

1. Plaintiffs are granted leave to file the Amended Complaint, attached to this Stipulation as Exhibit A;

2. The Amended Complaint shall be deemed filed as of the date of the Order approving this Stipulation;

3. Defendants may file an amended response to the Amended Complaint within ten (10) days after the entry of the Order approving this Stipulation and the filing of the Amended Complaint.

4. By submitting this Stipulation, Defendant does not waive any arguments that the two additional Plaintiffs added in the Amended Complaint fail to meet the requirements of joinder under Federal Rules of Civil Procedure 19 and 20. Further, this Stipulation should not be considered an admission by either party of any facts in the above-captioned case, of the basis for any further amendment to the Complaint.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:_____, 2007    _____
                                 The Honorable Susan Illston
                                 United States District Court Judge

**Winston & Strawn LLP**
101 California Street
San Francisco, CA 94111

4
**STIPULATION AND [PROPOSED] ORDER - C064347 SI**
SF:151496.1

# ATTESTATION OF CONCURRENCE

I, Joan B. Tucker Fife, declare under penalty of perjury that concurrence in the filing of this document has been obtained from Bryan Schwartz, attorney for Plaintiffs.

Dated: January 12, 2007

WINSTON & STRAWN LLP
JOAN B. TUCKER FIFE
JENNIFER W. GARBER
JESSIE A. KOHLER
ERIC E. SUITS

By: _____/s/_____
Joan B. Tucker Fife
Attorneys for Defendant
WELLS FARGO FINANCIAL, INC.