JOAN B. TUCKER FIFE (SBN:144572)
email: jfife@winston.com
JENNIFER W. GARBER (SBN:222096)
email: jgarber@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 300
San Francisco, CA 94111
Telephone:    415-591-1000
Facsimile:    415-591-1400

JESSIE A. KOHLER (SBN: 179363)
email: jkohler@winston.com
HWANNIE L. SHEN (SBN: 222342)
email: hshen@winston.com
ERIC E. SUITS (SBN: 232762)
email: esuits@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone:    213-615-1700
Facsimile:    213-615-1750

Attorneys for Defendant
WELLS FARGO FINANCIAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CASTLE and JONATHAN SHAVER, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO FINANCIAL, INC. d/b/a WELLS FARGO FINANCIAL AND WELLS FARGO FINANCIAL ACCEPTANCE, and DOES 1-50,<br><br>Defendant. | Case No. C064347 SI<br><br>The Honorable Susan Illston<br><br>**DECLARATION OF SHARON LOUIS-GOLDFORD IN SUPPORT OF DEFENDANT WELLS FARGO FINANCIAL, INC.'S BRIEF REGARDING THE PRECLUSIVE EFFECT OF THE DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA'S DENIAL OF CERTIFICATION UNDER 29 U.S.C. § 216(b)**<br><br>Date:     March 2, 2007<br>Time:     9:00 a.m.<br>Ctrm:     10 |

1

**DECLARATION OF SHARON LOUIS-GOLDFORD - CASE NO. C064347 SI**

I, Sharon Louis-Goldford, declare:

1. I have personal knowledge of the following facts, and if called as a witness herein, I could and would competently testify thereto.

2. I am currently employed by Defendant Wells Fargo Financial, Inc. ("Wells Fargo") as its Vice-President of Employee Relations.

3. Defendant Wells Fargo Financial, Inc. does not employ credit managers or assistant managers, and did not employ the named Plaintiffs or any of the opt-ins in this action. Rather, Wells Fargo Financial, Inc. is the parent of a number of subsidiaries, including separate state subsidiaries that employ credit managers and assistant managers.

   a. For instance, if a credit manager or assistant manager works in Oklahoma, the employee is employed by Wells Fargo Financial Oklahoma, Inc. Prior to February 1, 2006, an auto credit manager or auto assistant manger working in Oklahoma was employed by Wells Fargo Financial Acceptance Oklahoma, Inc.

   b. If a credit manager or assistant manager works in California, the employee is employed by Wells Fargo Financial California, Inc. Prior to February 1, 2006, an auto credit manager or auto assistant manger working in California was employed by Wells Fargo Financial Acceptance California, Inc.

4. In my role as the Vice-President of Employee Relations, I am familiar with ongoing litigation involving Wells Fargo Financial, Inc. and its subsidiaries. In addition, I am the Custodian of Records of the personnel files for credit managers and assistant managers of the state subsidiaries of Wells Fargo Financial, Inc.

5. In the matter entitled *Compton v. Wells Fargo Financial Acceptance Oklahoma, Inc.* pending in the District Court for the Western District of Oklahoma, seven employees including the named-Plaintiffs chose to opt in to the action: Jarrod Oldridge, Jackie Cypert, Scott White, Cody Compton, Patrick Pattison, Misti Hill Wortham and Johnny Neil Spencer.

6. All of the individuals who opted in to the *Compton* action were former employees of

2
**DECLARATION OF SHARON LOUIS-GOLDFORD - CASE NO. C064347 SI**

1  I declare under penalty of perjury of the laws of California and the United States of America
2  that the foregoing is true and correct and that this declaration was executed on January 26, 2007, in
3  Des Moines, Iowa.

*[signature]*
Sharon Louis-Goldford