JOAN B. TUCKER FIFE (SBN:144572)
  email: jfife@winston.com
JENNIFER W. GARBER (SBN:222096)
  email: jgarber@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 300
San Francisco, CA 94111
Telephone:    415-591-1000
Facsimile:    415-591-1400

JESSIE A. KOHLER (SBN: 179363)
  email: jkohler@winston.com
ERIC E. SUITS (SBN: 232762)
  email: esuits@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone:    213-615-1700
Facsimile:    213-615-1750

Attorneys for Defendant
WELLS FARGO FINANCIAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CASTLE, JONATHAN SHAVER, ANTHONY PROCOPIO, AND STEVE SIMOULIS, on behalf of themselves and classes of those similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>WELLS FARGO FINANCIAL, INC. d/b/a WELLS FARGO FINANCIAL AND WELLS FARGO FINANCIAL ACCEPTANCE, and DOES 1-50,<br><br>  Defendant. | Case No. C064347 SI<br><br>**JOINT STIPULATION TO SET HEARING OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND FOR MARCH 2, 2007 AND [PROPOSED] ORDER** |

---

**JOINT STIPULATION TO SET HEARING OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND FOR MARCH 2, 2007**
**Case No. C 064347 SI**

WHEREAS Plaintiffs filed their Motion For Leave to Amend to Add New Named Plaintiffs on January 25, 2007, but did not notice that motion for hearing;

WHEREAS Plaintiffs filed an Amended Motion For Leave to Amend to Add New Named Plaintiffs on January 29, 2007;

WHEREAS Plaintiffs' Amended Motion For Leave to Amend to Add New Named Plaintiffs noticed hearing on that motion for February 16, 2007;

WHEREAS Plaintiffs' Amended Motion For Leave to Amend to Add New Named Plaintiffs did not provide 35 days of notice, as required by Local Rule 7-2(a);

WHEREAS the following motions are set for hearing before this Court on March 2, 2007:

(1) Plaintiffs' Motion for Conditional Class Certification Under 29 U.S.C. § 216(b) and For an Order That Defendants Produce Within 30 Days A Complete Class List Including Names With Most Recent Known Addresses, In Excel Format, and For Court-Approved Notice to Be Sent to the Class by Plaintiffs;

(2) Defendant Wells Fargo Financial, Inc.'s Motion to Compel Arbitration and Motion to Dismiss or, In the Alternative, to Stay Further Proceedings Pending Arbitration; and

(3) Defendant Wells Fargo Financial, Inc.'s Brief Regarding the Preclusive Effect of the District Court for the Western District of Oklahoma's Denial of Certification Under 29 U.S.C. § 216(b);

//
//
//
//

IT IS THEREFORE STIPULATED AND AGREED, between the parties, by and through their respective counsel, as follows:

(1) Plaintiffs' Motion For Leave to Amend to Add New Named Plaintiffs will be heard by this Court on March 2, 2007; and

(2) Hearing on Plaintiffs' Motion For Leave to Amend to Add New Named Plaintiffs on February 16, 2007 will be removed from the Court's calendar.

Dated: February 1, 2007     WINSTON & STRAWN LLP

By: /s/
    Joan B. Tucker Fife

Attorneys for Defendant
WELLS FARGO FINANCIAL, INC.

Dated: February 1, 2007     NICHOLS KASTER & ANDERSON, PLLP

By: /s/
    Bryan J. Schwartz

Attorneys for Plaintiffs and Putative Class

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: _____

_____
Honorable Susan Illston

-2-
**JOINT STIPULATION TO SET HEARING OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND FOR MARCH 2, 2007**
**Case No. C 064347 SI**

**ATTESTATION OF CONCURRENCE**

I, Joan B. Tucker Fife, declare under penalty of perjury that concurrence in the filing of this document has been obtained from Bryan J. Schwartz, attorney for Plaintiff.

Dated: February 1, 2007                    WINSTON & STRAWN LLP


By:  /s/
     Joan B. Tucker Fife

Attorneys for Defendant
WELLS FARGO FINANCIAL, INC.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111

-3-

**JOINT STIPULATION TO SET HEARING OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND FOR MARCH 2, 2007**
**Case No. C 064347 SI**