1 | Counsel on next page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CASTLE, JONATHAN SHAVER, ANTHONY PROCOPIO, AND STEVE SIMOULIS, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO FINANCIAL, INC. d/b/a WELLS FARGO FINANCIAL AND WELLS FARGO FINANCIAL ACCEPTANCE, and DOES 1-50,<br><br>Defendant. | Case No. C064347 SI<br><br>The Honorable Susan Illston<br><br>**JOINT STIPULATION RE BRIEFING SCHEDULE; [PROPOSED] ORDER** |

1  PETER RUKIN (SBN: 178336)
   JOHN HYLAND (SBN: 178875)
2  RUKIN HYLAND & DORIA LLP
   100 Pine Street, Suite 725
3  San Francisco, CA 94111
4  Telephone: (415) 421-1800
   Facsimile: (415) 421-1700
5
   DONALD H. NICHOLS (MN SBN: 78918)
6  (Admitted *pro hac vice*)
7  PAUL J. LUKAS (MN SBN: 22084X)
   (Admitted *pro hac vice*)
8  RACHHANA T. SREY (MN SBN: 3401433)
   (Admitted *pro hac vice*)
9  NICHOLS KASTER & ANDERSON, PLLP
   80 South Eighth Street
10 Minneapolis, MN 55402
11 Telephone: (612) 256-3200
   Facsimile: (612) 215-6870
12
   BRYAN J. SCHWARTZ (SBN: 209903)
13 email: schwartz@nka.com
   MATTHEW C. HELLAND (SBN: 250451)
14 NICHOLAS KASTER & ANDERSON, LLP
15 On Embarcadero Center, Suite 720
   San Francisco, CA 94111
16
17 Attorneys for Individual and Representative Plaintiffs

18 JOAN B. TUCKER FIFE (SBN: 144572)
   email: jfife@winston.com
19 WINSTON & STRAWN LLP
   101 California Street, Suite 300
20 San Francisco, CA 94111
   Telephone: (415) 591-1000
21 Facsimile: (415) 591-1400
22
   JESSIE A. KOHLER (SBN: 179363)
23 email: jkohler@winston.com
   Eric Suits (SBN: 232762)
24 WINSTON & STRAWN LLP
   333 South Grand Avenue, 39th Floor
25 Los Angeles, CA 90071-1543
26 Telephone: (213) 615-1700
   Facsimile: (213) 615-1750
27
   Attorneys for Defendant
28 WELLS FARGO FINANCIAL, INC.

JOINT STIPULATION RE BRIEFING SCHEDULE
CASE NO. C064347 SI

1  Plaintiffs and Wells Fargo Financial, Inc. ("Defendant"), by and through their counsel, agree and stipulate as follows:

WHEREAS, Plaintiffs' Motion for Conditional Certification Under FLSA (filed January 26, 2007), Plaintiffs' Motion for Leave to File Second Amended Complaint (filed January 25, 2007), Defendants' Motion to Compel Arbitration and Motion to Dismiss or in the Alternative to Stay Further Proceedings Pending Arbitration (filed January 26, 2007), Plaintiffs' Motion to Compel Defendants Complete And Thorough Responses To Requests For Production 1, 3, 4, And 5 (filed August 29, 2007) are set for hearing on November 2, 2007.

WHEREAS, the parties wish to simplify the supplemental briefing on the Plaintiffs' Motion for Conditional Certification Under FLSA and Defendant's Motion to Compel Arbitration;

Plaintiffs and Defendant agree and stipulate that:

1. Plaintiffs shall have until October 3, 2007 to file and serve any supplemental briefing on their Motion for Conditional Class Certification and Motion for Leave to File Second Amended Complaint. Defendant shall have until October 19, 2007 to file and serve any opposition to Plaintiffs supplemental briefings. The Plaintiffs shall not file a reply brief.

2. Defendant shall have until October 3, 2007 to file any supplemental briefing on its Motion to Compel Arbitration. Plaintiffs shall have until October 19, 2007 to file any opposition to Defendant's supplemental briefing. The Defendant shall not file a reply brief.

3. Pursuant to the Local Rules, Defendant shall have until October 12, 2007 to file its Opposition to Plaintiffs' Motion to Compel Defendants Complete And Thorough Responses To Requests For Production 1, 3, 4, And 5, and Plaintiffs shall have until October 19, 2007 to file its Reply brief in support of their Motion.

Dated: 9/21/07

WINSTON & STRAWN LLP

By: _____
Joan Fife
Attorneys for Defendant
WELLS FARGO FINANCIAL, INC.

Dated: 9/21/07

NICHOLS KASTER & ANDERSON, LLP

By: _____
Bryan Schwartz
Attorneys For Plaintiffs

**ORDER**

IT IS SO ORDERED.

Date: September ___, 2007        _____
The Honorable Susan Illston

2

JOINT STIPULATION RE BRIEFING SCHEDULE
CASE NO. C064347 SI

LA:197089.2