E-filing

1  JOAN B. TUCKER FIFE (SBN: 144572)
    email: jfife@winston.com
2  JENNIFER W. GARBER (SBN: 222096)
    email: jgarber@winston.com
3  WINSTON & STRAWN LLP
   101 California Street, Suite 3900
4  San Francisco, CA 94111
   Telephone:    415-591-1000
5  Facsimile:    415-591-1400

6  JESSIE A. KOHLER (SBN: 179363)
    email: jkohler@winston.com
7  HWANNIE L. SHEN (SBN: 222342)
    email: hshen@winston.com
8  ERIC E. SUITS (SBN: 232762)
    email: esuits@winston.com
9  WINSTON & STRAWN LLP
   333 South Grand Avenue
10 Los Angeles, CA 90071-1543
   Telephone:    213-615-1700
11 Facsimile:    213-615-1750

12 Attorneys for Defendant
   WELLS FARGO FINANCIAL, INC.

13

**FILED**

**OCT 19 2007**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16

17  RICHARD CASTLE, JONATHAN SHAVER,          **Case No. C064347 SI**
    ANTHONY PROCOPIO, and STEVE
18  SIMOULIS on behalf of themselves and classes    **The Honorable Susan Illston**
    of those similarly situated,
19                                                **DEFENDANT WELLS FARGO**
                    Plaintiffs,                    **FINANCIAL, INC.'S AGREED**
20                                                **ADMINISTRATIVE MOTION TO FILE**
            vs.                                    **DOCUMENTS UNDER SEAL**
21
    WELLS FARGO FINANCIAL, INC. d/b/a          **Date:      November 2, 2007**
22  WELLS FARGO FINANCIAL AND WELLS            **Time:      9:00 a.m.**
    FARGO FINANCIAL ACCEPTANCE, and           **Ctrm:      10**
23  DOES 1-50,

24                    Defendant.

25

26

27

28

**DEFENDANT WELLS FARGO FINANCIAL, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL - CASE NO. C064347 SI**

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Pursuant to Local Rule 7-11 and Local Rule 79-5(c), Defendant Wells Fargo Financial, Inc. ("WFF") hereby makes this application to seal the following documents filed in connection with its Opposition to Plaintiffs' Renewed Motion for Conditional Certification Under 29 U.S.C. § 216(b) and for Court-Approved Notice: Exhibits 1 through 6 to the Declaration of Teresa Swanson in Support of Defendant Wells Fargo Financial, Inc.'s Opposition to Plaintiffs' Renewed Motion for Conditional Certification Under 29 U.S.C. § 216(b) and for Court-Approved Notice ("Exhibits 1 through 6").

## I. DISCUSSION

On October 19, 2007, WFF filed its Opposition to Plaintiffs' Renewed Motion For Conditional Certification Under 29 U.S.C. § 216(b) And For Court-Approved Notice. Declaration of Joan B. Tucker Fife In Support Of WFF's Administrative Motion to File Documents Under Seal. ("Fife Decl.") ¶ 3. The contents of Exhibits 1 and 5 consist of confidential time records of former employees of subsidiaries of WFF. The contents of Exhibits 2 through 4 consist of confidential payroll records of former employees of subsidiaries of WFF. The contents of Exhibit 6 consist of names and employee numbers of former employees of subsidiaries of WFF. The documents in Exhibits 1 through 6 are protected by these individuals' constitutional and common law right to privacy, such that public disclosure would be detrimental to the individuals as well as violative of both California statutory and common law. Cal. Const., art. I, § 1; *Board of Trustees v. Superior Court*, 119 Cal. App. 3d 516, 526 (1981) ("The custodian [of the private information] has the right, in fact the duty, to resist attempts at unauthorized disclosure and the person who is the subject of [it] is entitled to expect that his right will thus be asserted"); Fife Decl. ¶ 4-5.

WFF designated these Exhibits as "Confidential" pursuant to the parties' Stipulated Protected Order. Fife Decl. ¶ 2, 6, Ex. 1. Section 1 of the parties' Stipulated Protective Order states that, "Civil Local Rule 79-5 sets forth the procedures that must be followed and reflects the standards that will be applied when a party seeks permission from the court to file material under seal." Section 5.2(a) of the parties' Stipulated Protective Order states that, "for information in documentary form (apart from transcripts of depositions or other pretrial or trial proceedings), that the Producing Party

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1

1 affix the legend "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES

2 ONLY" at the bottom right of each page that contains protected material." Fife Decl. ¶ 6.

3     Counsel for Plaintiffs has expressed his agreement to the entry of the Order granting Wells

4 Fargo Financial Inc.'s Administrative Motion to File under Seal.

5 **II. CONCLUSION**

6     For the foregoing reasons, WFF respectfully requests that the Court file under seal Exhibits 1

7 through 6 to the Declaration of Teresa Swanson in Support of Defendant Wells Fargo Financial,

8 Inc.'s Opposition to Plaintiffs' Renewed Motion for Conditional Certification Under 29 U.S.C. §

9 216(b) and for Court-Approved Notice.

10

11 Dated: October 19, 2007            WINSTON & STRAWN LLP

12

13                            By:

14                               Joan B. Tucker Fife
                              Attorneys for Defendant

15                               WELLS FARGO FINANCIAL, INC.

16



17

18

19

20          IT IS SO ORDERED

21              Judge Susan Illston

22

23

24

25

26

27

28

**DEFENDANT WELLS FARGO FINANCIAL, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL - CASE NO. C064347 SI**

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894