IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CASTLE, *et al.*, | Case No. C 06-4347-SI |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' MOTION TO COMPEL DISCOVERY** |
| v. | |
| WELLS FARGO FINANCIAL, INC. d/b/a WELLS FARGO FINANCIAL and WELLS FARGO FINANCIAL ACCEPTANCE, and DOES 1-50, | |
| Defendants. | |

Plaintiffs have moved to compel responses to plaintiffs' requests for production 1, 3, 4, and 5. (Docket No. 167). These requests largely seek information related to the putative classes alleged in the complaint. In light of the Court's denial of plaintiffs' motion for conditional certification, plaintiffs no longer have a need for most, if not all, of the discovery at issue. Accordingly, the Court DENIES the motion to compel. Plaintiffs may narrow their discovery requests and bring a further motion to compel if necessary.

**IT IS SO ORDERED.**

Dated: February 20, 2008

SUSAN ILLSTON
United States District Judge