IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CASTLE, *et al.*, | No. C 06-4347 SI |
| Plaintiffs, | **ORDER RE: DEFENDANT'S MOTION TO COMPEL ARBITRATION** |
| v. | |
| WELLS FARGO FINANCIAL, INC., d/b/a WELLS FARGO FINANCIAL AND WELLS FARGO FINANCIAL ACCEPTANCE, AND DOES 1-50, | |
| Defendants. | |

The Court has under submission defendant's motion to compel arbitration. In light of the Court's denial of plaintiffs' motion for conditional certification, the Court finds that supplemental briefing on defendant's motion to compel would be helpful. The parties shall file simultaneous supplemental briefs no later than **March 3, 2008** regarding the impact, if any, of the denial of certification on the Court's analysis of the motion to compel arbitration.

**IT IS SO ORDERED.**

Dated: February 20, 2008

SUSAN ILLSTON
United States District Judge