IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD CASTLE, *et al.*,

    Plaintiffs,

v.

WELLS FARGO FINANCIAL, INC., d/b/a/ WELLS FARGO FINANCIAL AND WELLS FARGO FINANCIAL ACCEPTANCE, and DOES 1-50,

    Defendants.

    /

No. C 06-4347 SI

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' RENEWED NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND**

Plaintiffs have filed a motion to amend the complaint, seeking to add plaintiffs who never signed arbitration agreements and to expand the putative class to include "senior credit managers" and "loan processors." The Court GRANTS the motion in part. Plaintiffs may add plaintiffs who did not sign arbitration agreements. However, in light of the Court's denial of plaintiffs' motion for conditional certification, plaintiffs' request to expand the putative class is DENIED as moot. (Docket No. 183). Plaintiffs' second amended complaint must be filed by **February 29, 2008**.

**IT IS SO ORDERED.**

Dated: February 20, 2008

SUSAN ILLSTON
United States District Judge