1  Counsel listed on next page

2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10
11  RICHARD CASTLE, JONATHAN SHAVER,    )   Case No.  C064347 SI
    ANTHONY PROCOPIO, STEVE SIMOULIS,   )
12  STEVE YOUMANS, JONATHAN WHITT,      )
    AND MELLISSA GABRIELLA, on behalf of )
13  themselves and classes of those similarly )   JOINT STIPULATION TO SET CASE
    situated,                            )   MANAGEMENT CONFERENCE FOR
14                                       )   MAY 16, 2008, AND [PROPOSED] ORDER
                 Plaintiffs,             )
15                                       )
         vs.                             )
16                                       )
    WELLS FARGO FINANCIAL, INC. d/b/a    )
17  WELLS FARGO FINANCIAL AND WELLS      )
    FARGO FINANCIAL ACCEPTANCE, and      )
18  DOES 1-50,                           )
                                         )
19               Defendant.              )
                                         )
20  _____  )

21
22
23
24
25
26
27
28

---

JOINT STIPULATION TO SET CASE MANAGEMENT CONFERENCE FOR MAY 16, 2008
Case No. C 064347 SI

| | |
|---|---|
| 1 | JOAN B. TUCKER FIFE (SBN:144572) |
|   | email: jfife@winston.com |
| 2 | JENNIFER W. GARBER (SBN:222096) |
|   | email: jgarber@winston.com |
| 3 | WINSTON & STRAWN LLP |
|   | 101 California Street, Suite 300 |
| 4 | San Francisco, CA 94111 |
|   | Telephone:   415-591-1000 |
| 5 | Facsimile:   415-591-1400 |
| 6 | JESSIE A. KOHLER (SBN: 179363) |
|   | email: jkohler@winston.com |
| 7 | ERIC E. SUITS (SBN: 232762) |
|   | email: esuits@winston.com |
| 8 | WINSTON & STRAWN LLP |
|   | 333 South Grand Avenue |
| 9 | Los Angeles, CA 90071-1543 |
|   | Telephone:   213-615-1700 |
| 10 | Facsimile:   213-615-1750 |
| 11 | Attorneys for Defendant |
|   | WELLS FARGO FINANCIAL, INC. |
| 12 | |
| 13 | Peter Rukin, CA State Bar No. 178336 |
|   | John Hyland, CA State Bar No. 178875 |
| 14 | RUKIN HYLAND DORIA & TINDALL, LLP |
|   | 100 Pine Street, Suite 725 |
| 15 | San Francisco, CA  94111 |
|   | Telephone: (415) 421-1800 |
| 16 | Facsimile: (415) 421-1700 |
| 17 | Donald H. Nichols, MN State Bar No. 78918 |
| 18 | (admitted **pro hac vice**) |
|   | Paul J. Lukas, MN State Bar No. 22084X |
| 19 | (admitted **pro hac vice**) |
|   | Rachhana T. Srey, MN State Bar No. 3401433 |
| 20 | (admitted **pro hac vice**) |
|   | NICHOLS KASTER & ANDERSON, PLLP |
| 21 | 4600 IDS Center, 80 S. 8th Street |
| 22 | Minneapolis, MN 55402 |
| 23 | Bryan J. Schwartz, CA State Bar No. 209903 |
|   | Matthew C. Helland, CA State Bar No. 250451 |
| 24 | NICHOLS KASTER & ANDERSON, LLP |
|   | One Embarcadero Center |
| 25 | 301 Clay Street, Ste. 720 |
| 26 | San Francisco, CA 94111 |
| 27 | Attorneys for Individual and Representative Plaintiffs |
| 28 | |

JOINT STIPULATION TO SET CASE MANAGEMENT CONFERENCE FOR MAY 16, 2008
Case No. C 064347 SI

1   WHEREAS upon the Plaintiffs' unopposed request, the Court rescheduled the hearing
2   regarding Plaintiffs' motion to amend and regarding the Plaintiffs' proposed equitable tolling order
3   from May 9, 2008 to May 16, 2008; and

5   WHEREAS the Case Management Conference was scheduled on May 9, 2008, for after the
6   hearing regarding the pending matters, to discuss how this case will proceed after the Court rules on
7   such;

9   WHEREAS Plaintiffs' counsel for personal reasons requests that the Case Management
10  Conference not remain scheduled on May 9, 2008;

12  IT IS THEREFORE STIPULATED AND AGREED, between the parties, by and through
13  their respective counsel, as follows:

15  The Case Management Conference currently scheduled for May 9, 2008 should be
16  rescheduled to the same time on May 16, 2008.

Dated: May 6, 2008                WINSTON & STRAWN LLP

                                  By: _____
                                      Joan B. Tucker Fife
                                      Attorneys for Defendant
                                      WELLS FARGO FINANCIAL, INC.

Dated: May 6, 2008                NICHOLS KASTER & ANDERSON, LLP

                                  By: _____
                                      Bryan J. Schwartz
                                      Attorneys for Plaintiffs and Putative Class

-1-

JOINT STIPULATION TO SET CASE MANAGEMENT CONFERENCE FOR MAY 16, 2008
Case No. C 064347 SI

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: _____

_____
Honorable Susan Illston

-2-

JOINT STIPULATION TO SET CASE MANAGEMENT CONFERENCE FOR MAY 16, 2008
Case No. C 064347 SI