FILED

NOV 07 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MELLISSA GABRIELLA; et al., | No. 08-80120 |
| Plaintiffs - Petitioners, | D.C. No. 3:06-cv-04347-SI<br>Northern District of California,<br>San Francisco |
| v. | |
| WELLS FARGO FINANCIAL, INC.,<br>d.b.a. Wells Fargo Financial Acceptance,<br>d.b.a. Wells Fargo Financial; et al., | ORDER |
| Defendants - Respondents. | |

Before: TROTT and GOULD, Circuit Judges.

The motion of the California Employment Lawyers Association and Consumer Attorneys of California for leave to file an *amici curiae* brief in support of petitioners is granted. The Clerk shall file the brief, received on August 25, 2008.

Amici curiae's motion for judicial notice is granted.

The court, in its discretion, denies the petition for permission to appeal the district court's August 4, 2008 order denying class action certification. *See* Fed. R.

LL/MOATT

Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

Petitioners' request to certify the question to the California Supreme Court is denied.

LL/MOATT

08-80120