# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Mellissa Gabriella, Steve Youmans, and Veronica Aceves, on behalf of themselves and classes of those similarly situated,

Plaintiff(s),

v.

Wells Fargo Financial, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, and DOES 1-50,

Defendant(s).

CASE NO. 06-4347 SI

**(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Charles G. Frohman, an active member in good standing of the bar of Minnesota (particular court to which applicant is admitted) whose business address and telephone number is Nichols Kaster, PLLP
4600 IDS Center, 80 South 8th Street,
Minneapolis, Minnesota 55402
(612) 256-3200
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

Susan Illston
United States District Judge