**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELISSA GABRIELLA, STEVE YOUMANS, and VERONICA ACEVES, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO FINANCIAL, INC. AND WELLS FARGO FINANCIAL CALIFORNIA, INC. d/b/a WELLS FARGO FINANCIAL ACCEPTANCE, and DOES 1-50, <br><br> Defendants. | Case No. 06-cv-4347 SI <br><br> **(Proposed) ORDER GRANTING JOINT MOTION TO VACATE JANUARY 30, 2009 CASE MANAGEMENT CONFERENCE** <br><br> Judge: Susan Illston <br> Date Action Filed: July 17, 2006 |

This Court approves of the terms expressed in the parties' Joint Motion to Vacate January 30, 3009 Case Management Conference and hereby **GRANTS** the joint motion.

Dated: _____    */s/ Susan Illston*_____

Honorable Susan Illston
United States District Court

**[proposed] ORDER GRANTING FINAL APPROVAL OF SETTLEMENT**