# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA GABRIELLA, STEVE YOUMANS, and VERONICA ACEVES, | Case No. 06-cv-4347 SI |
| Plaintiffs, | **(Proposed) ORDER GRANTING JOINT MOTION TO VACATE JANUARY 30, 2009 CASE MANAGEMENT CONFERENCE** |
| v. | |
| WELLS FARGO FINANCIAL, INC. AND WELLS FARGO FINANCIAL CALIFORNIA, INC. d/b/a WELLS FARGO FINANCIAL ACCEPTANCE, and DOES 1-50, | Judge: Susan Illston<br>Date Action Filed: July 17, 2006 |
| Defendants. | CORRECTED |

This Court approves of the terms expressed in the parties' Joint Motion to Vacate January 30, 3009 Case Management Conference and hereby **GRANTS** the joint motion.

Dated: _____     _____

                                       Honorable Susan Illston
                                       United States District Court

The case management Conference is continued to 3/20/09 @ 3 p.m..  The joint statement shall be filed one week prior to the conference.

**[proposed] ORDER GRANTING FINAL APPROVAL OF SETTLEMENT**