| | |
|---|---|
| 1 | Jodi L. Collova (SBN: 261505) |
| | email: collova@nka.com |
| 2 | NICHOLS KASTER, LLP |
| | One Embarcadero Center, Suite 720 |
| 3 | San Francisco, CA 94111 |
| | Telephone: 415-277-7235 |
| 4 | Facsimile: 415-277-7235 |
| 5 | Attorneys for Plaintiffs |
| | Additional Counsel Listed on the Following Page |
| 6 | |
| 7 | Joan B. Tucker Fife (CA State Bar No. 144572) |
| | email: jfife@winston.com |
| 8 | Winston & Strawn LLP |
| | 101 California Street |
| 9 | San Francisco, CA 94111-5802 |
| | Telephone: 415-591-1000 |
| 10 | Facsimile: 415-591-1400 |
| 11 | Attorneys for Defendants |
| | Additional Counsel Listed on the Following Page |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELLISSA GABRIELLA, STEVE YOUMANS and VERONICA ACEVES, | Case No. C064347 SI |
| Plaintiffs, | **JOINT CASE MANAGEMENT STATEMENT AND MOTION TO VACATE CASE MANAGEMENT CONFERENCE** |
| v. | |
| WELLS FARGO FINANCIAL, INC., WELLS FARGO FINANCIAL CALIFORNIA, INC. d/b/a WELLS FARGO FINANCIAL AND WELLS FARGO FINANCIAL ACCEPTANCE, and DOES 1-50, | Judge: Hon. Susan Illston |
| | Date Action Filed: July 17, 2006 |
| Defendants. | |

1
JOINT CASE MANAGEMENT STATEMENT; CASE NO. C064347SI

1. PETER RUKIN (CA State Bar No. 178336)
   email: peterrukin@rhddlaw.com
2. JOHN HYLAND (CA State Bar No. 178875)
   email: johnhyland@rhddlaw.com
3. RUKIN HYLAND DORIA & TINDALL LLP
   100 Pine Street, Suite 725
4. San Francisco, CA 94111
   Telephone: (415) 421-1800
5. Facsimile: (415) 421-1700

6. MATTHEW HELLAND (CA State Bar No. 250451)
   email: helland@nka.com
7. NICHOLS KASTER, LLP
   One Embarcadero Center, Suite 720
8. San Francisco, CA 94111
   Telephone: (415) 277-7235
9. Facsimile: (415) 277-7238
   DONALD H. NICHOLS (MN State Bar No. 78918)
10. (admitted *pro hac vice*)
    email: nichols@nka.com
11. PAUL J. LUKAS (MN State Bar No. 22084X)
    (admitted *pro hac vice*)
12. email: lukas@nka.com
    CHARLES G. FROHMAN (MN State Bar No. 0386695)
13. (admitted *pro hac vice*)
    email: frohman@nka.com
14. RACHHANA T. SREY (MN State Bar No. 340133)
    (admitted *pro hac vice*)
15. NICHOLS KASTER & ANDERSON, PLLP
    4600 IDS Center
16. 80 South Eighth Street
    Minneapolis, MN 55402
17. Telephone: (612) 256-3200
    Facsimile: (612) 215-6870
18.
    Attorneys for Plaintiffs
19.

20. JESSIE A. KOHLER (SBN: 179363)
    email: jkohler@winston.com
21. ERIC E: SUITS (SBN: 232762)
    email: esuits@winston com
22. EMILIE C. WOODHEAD (SBN: 240464)
    email: ewoodhead@winston.com
23. WINSTON & STRAWN LLP
    333 South Grand Avenue
24. Los Angeles. CA 90071-1543
    Telephone: (213) 615-1700
25. Facsimile: (213) 615-1750

26. Attorneys for Defendants
    WELLS FARGO FINANCIAL, INC. and
27. WELLS FARGO FINANCIAL CALIFORNIA, INC.

28.

1  The parties to the above-entitled action jointly submit this Case Management Statement
2  pursuant to the Court's Notice dated March 12, 2009 (Docket No. 308), and hereby jointly move
3  the Court to vacate the case management conference set for March 20, 2009 at 3:00 p.m.
4  On January 26, 2009, the Court issued an Order granting Plaintiffs' motion for stay
5  pending the California Supreme Court's decision in *Brinker Restaurant Corporation v. Superior*
6  *Court of San Diego County*, 80 Cal. Rptr. 3d 781 (2008), pet. for review granted (Oct. 22, 2008).
7  (Docket No. 305). In its Order, the Court stated that at the case management conference
8  scheduled for January 30, 2009, the parties should be prepared to discuss whether there is any
9  discovery or other legal activity that can effectively proceed during the pendency of the stay.
10  Prior to the January 30 conference, the parties met and conferred, and agreed to stay all
11  discovery during the stay of the case, with the exception of the depositions of plaintiffs Aceves
12  and Youmans. Because the parties did not need any dates set by the Court, the parties requested
13  that the Court vacate the January 30 conference. (Docket No. 306.) That same day, the Court
14  continued the case management to March 20, 2009. (Docket No. 307.)
15  The parties agree that there is still no need for a case management conference because the
16  case is still stayed pending the outcome of *Brinker* and because the parties do not need the
17  Court's assistance with any dates at this time. The parties therefore respectfully request that the
18  Court vacate the hearing.
19
20  Dated: March 16, 2009                NICHOLS KASTER & ANDERSON, PLLP
21
22                                       By: s/ Jodi Collova
                                              JODI COLLOVA
23                                       Attorneys for Plaintiffs
24
25  Dated: March 16, 2009                WINSTON & STRAWN LLP
26                                       By: s/Joan B. Tucker Fife
                                              JOAN B. TUCKER FIFE
27
28                                       Attorneys for Defendants Wells Fargo Financial,
                                         Inc. and Wells Fargo Financial California, Inc.


IT IS SO ORDERED
Judge Susan Illston

3
JOINT CASE MANAGEMENT STATEMENT; CASE NO. C064347SI

**ATTESTATION OF CONCURRENCE**

I, Joan B. Tucker Fife, declare under penalty of perjury that concurrence in the filing of this document has been obtained from Jodi Collova, attorney for Plaintiffs.

Dated: March 16, 2009                WINSTON & STRAWN LLP


                                     By: s/Joan B. Tucker Fife
                                        JOAN B. TUCKER FIFE

                                        Attorneys for Defendants Wells Fargo Financial, Inc. and Wells Fargo Financial California, Inc.