1  Counsel on next page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mellissa Gabriella, Steve Youmans, and Veronica Aceves, on behalf of themselves and classes of those similarly situated,<br><br>                Plaintiffs,<br>vs.<br><br>Wells Fargo Financial, Inc. and Wells Fargo Financial California, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, and DOES 1-50,<br><br>                Defendants. | **Case No. CV 06-4347 SI**<br>**The Honorable Susan Illston**<br><br>**[PROPOSED] ORDER APPROVING SETTLEMENT, DISMISSING FIFTH CAUSE OF ACTION WITH PREJUDICE, AND GRANTING LEAVE TO FILE FOURTH AMENDED COMPLAINT** |

Peter Rukin (CA State Bar No. 178336)
John Hyland (CA State Bar No. 178875)
RUKIN HYLAND DORIA & TINDALL, LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: 415-421-1800
Facsimile: 415-421-1700

Paul J. Lukas (MN State Bar No. 22084X)
(admitted *pro hac vice*)
lukas@nka.com
Donald H. Nichols (MN State Bar No. 78918)
(admitted *pro hac vice*)
nichols@nka.com
Charles G. Frohman (MN State Bar No. 0386695)
(admitted *pro hac vice*)
frohman@nka.com
NICHOLS KASTER, PLLP
80 S. 8th Street, Suite 4600
Minneapolis, MN 55402
Telephone: 415-256-3200
Facsimile: 415-338-4878

Jodi L. Collova (CA State Bar No. 261505)
collova@nka.com
NICHOLS KASTER, PLLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: 415-277-7235
Facsimile: 415-277-7238

ATTORNEYS FOR PLAINTIFFS

Joan B. Tucker Fife (CA State Bar No. 144572)
jfife@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: 415-591-1000
Facsimile: 415-591-1400

Emilie C. Woodhead (CA State Bar No. 240464)
ewoodhead@winston.com
WINSTON & STRAWN LLP
333 South Grand Ave
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

ATTORNEYS FOR DEFENDANTS

1

The Court has considered the parties' Joint Stipulation re Request for Approval of Settlement, Dismissal of Fifth Cause of Action with Prejudice, and for Leave of Court to File Fourth Amended Complaint. The Court has also carefully reviewed the terms of the Confidential Settlement Agreements and Releases (which have been filed under seal).

IT IS HEREBY ORDERED that:

1. The Court finds that the Confidential Settlement Agreements and Releases in this matter, and the terms and conditions contained therein, are fair, adequate, and reasonable and were agreed to by all parties. Therefore, the Court hereby APPROVES the settlement on the terms and conditions provided in the Confidential Settlement Agreements and Releases.

2. The Fifth Cause of Action and any related derivative claims alleged by Plaintiffs Melissa Gabriella, Steve Youmans, and Veronica Aceves in the Third Amended Complaint are dismissed with prejudice; and

3. Plaintiffs are granted leave to file a Fourth Amended Complaint in this action to reflect only those claims that have not been dismissed.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Susan Illston