1  [Counsel on next page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mellissa Gabriella, Steve Youmans, and Veronica Aceves, on behalf of themselves and classes of those similarly situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>Wells Fargo Financial, Inc. and Wells Fargo Financial California, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, and DOES 1-50,<br><br>                    Defendants. | **Case No. CV 06-4347 SI**<br>**The Honorable Susan Illston**<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE STATUS CONFERENCE; [~~PROPOSED~~] ORDER** |

Peter Rukin (CA State Bar No. 178336)
John Hyland (CA State Bar No. 178875)
RUKIN HYLAND DORIA & TINDALL, LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: 415-421-1800
Facsimile: 415-421-1700

Paul J. Lukas (MN State Bar No. 22084X)
(admitted *pro hac vice*)
lukas@nka.com
Donald H. Nichols (MN State Bar No. 78918)
(admitted *pro hac vice*)
nichols@nka.com
Charles G. Frohman (MN State Bar No. 0386695)
(admitted *pro hac vice*)
frohman@nka.com
NICHOLS KASTER, PLLP
80 S. 8th Street, Suite 4600
Minneapolis, MN 55402
Telephone: 415-256-3200
Facsimile: 415-338-4878

ATTORNEYS FOR PLAINTIFFS

Joan B. Tucker Fife (CA State Bar No. 144572)
jfife@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: 415-591-1000
Facsimile: 415-591-1400

Emilie C. Woodhead (CA State Bar No. 240464)
ewoodhead@winston.com
WINSTON & STRAWN LLP
333 South Grand Ave
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

ATTORNEYS FOR DEFENDANTS

1  Pursuant to the Court's Order *Sua Sponte* Lifting Stay (Dkt. 322), counsel for the parties met
2  and conferred telephonically on August 15, 2011 regarding resumption of the litigation.  The parties
3  have not yet agreed on proposed scheduling dates.
4  Additionally, lead trial counsel for Wells Fargo is unavailable to appear for the September 9
5  status conference.  Both parties are available on September 23.  IT IS THEREFORE STIPULATED
6  AND AGREED, between the parties, by and through their respective counsel, that the status
7  conference shall be continued to September 22 [23 struck through] or another date convenient for the Court, and that the
8  deadline to file a joint case management conference statement with proposed scheduling dates for
9  the resumed litigation be reset accordingly.

11  Dated:  August 30, 2011          /s/
                                     Charles G. Frohman
12                                   NICHOLS KASTER, LLP

13                                   Attorneys for Plaintiffs

15  Dated:  August 30, 2011          /s/
                                     Joan B. Tucker Fife
16                                   WINSTON & STRAWN, LLP

17                                   Attorneys for Defendants

19  **[PROPOSED] ORDER**

20  GOOD CAUSE APPEARING, IT IS SO ORDERED.

22  Dated:  8/30/11

                                     [signature: Susan Illston]

25                                   Honorable Susan Illston

1  **Attestation of Concurrence**

2  I, Joan B. Tucker Fife, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the
3  concurrence to the filing of this document has been obtained from each signatory hereto.

4

5  By: _____/s/_____
                    Joan B. Tucker Fife
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28