[Counsel on next page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mellissa Gabriella, Steve Youmans, and Veronica Aceves, on behalf of themselves and classes of those similarly situated,<br><br>　　　　　　Plaintiffs,<br>　vs.<br>Wells Fargo Financial, Inc. and Wells Fargo Financial California, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, and DOES 1-50,<br><br>　　　　　　Defendants. | **Case No. CV 06-4347 SI**<br>**The Honorable Susan Illston**<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE STATUS CONFERENCE; [P~~ROPOSE~~D] ORDER** |

JOINT STATUS REPORT AND STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER
Case No. CV 06-4347 SI

| | |
|---|---|
| 1 | Peter Rukin (CA State Bar No. 178336) |
| | John Hyland (CA State Bar No. 178875) |
| 2 | RUKIN HYLAND DORIA & TINDALL, LLP |
| | 100 Pine Street, Suite 725 |
| 3 | San Francisco, CA 94111 |
| | Telephone: 415-421-1800 |
| 4 | Facsimile: 415-421-1700 |
| 5 | Paul J. Lukas (MN State Bar No. 22084X) |
| | (admitted *pro hac vice*) |
| 6 | lukas@nka.com |
| | Donald H. Nichols (MN State Bar No. 78918) |
| 7 | (admitted *pro hac vice*) |
| | nichols@nka.com |
| 8 | Charles G. Frohman (MN State Bar No. 0386695) |
| | (admitted *pro hac vice*) |
| 9 | frohman@nka.com |
| | NICHOLS KASTER, PLLP |
| 10 | 80 S. 8th Street, Suite 4600 |
| | Minneapolis, MN 55402 |
| 11 | Telephone: 415-256-3200 |
| | Facsimile: 415-338-4878 |
| 12 | |
| | ATTORNEYS FOR PLAINTIFFS |
| 13 | |
| 14 | Joan B. Tucker Fife (CA State Bar No. 144572) |
| | jfife@winston.com |
| 15 | WINSTON & STRAWN LLP |
| | 101 California Street |
| 16 | San Francisco, CA  94111-5802 |
| | Telephone: 415-591-1000 |
| 17 | Facsimile: 415-591-1400 |
| 18 | Emilie C. Woodhead (CA State Bar No. 240464) |
| | ewoodhead@winston.com |
| 19 | WINSTON & STRAWN LLP |
| | 333 South Grand Ave |
| 20 | Los Angeles, CA  90071-1543 |
| | Telephone: 213-615-1700 |
| 21 | Facsimile: 213-615-1750 |
| 22 | ATTORNEYS FOR DEFENDANTS |

On August 3, 2011, the Court *sua sponte* lifted the stay in this matter. A case management conference to discuss resumption of the litigation is scheduled for tomorrow, September 22, 2011. The parties have reached a tentative resolution of the matter, and expect to finalize a settlement within the next 30 days. IT IS THEREFORE STIPULATED AND AGREED, subject to the Court's approval, that the case management conference be continued by at least 30 days to a date and time convenient for the Court.

Dated: September 21, 2011    _____/s/_____
Charles G. Frohman
NICHOLS KASTER, LLP

Attorneys for Plaintiffs

Dated: September 21, 2011    _____/s/_____
Joan B. Tucker Fife
WINSTON & STRAWN, LLP

Attorneys for Defendants

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: \_\_\_\_9/21/11_____

_____
Honorable Susan Illston

The case management conference is continued to 11/4/11.

**Attestation of Concurrence**

I, Joan B. Tucker Fife, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

By: _____/s/_____
Joan B. Tucker Fife