1 [Counsel on next page]

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| Mellissa Gabriella, Steve Youmans, and Veronica Aceves, on behalf of themselves and classes of those similarly situated,<br><br>       Plaintiffs,<br>  vs.<br><br>Wells Fargo Financial, Inc. and Wells Fargo Financial California, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, and DOES 1-50,<br><br>       Defendants. | **Case No. CV 06-4347 SI**<br>**The Honorable Susan Illston**<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | Peter Rukin (CA State Bar No. 178336) |
| | John Hyland (CA State Bar No. 178875) |
| 2 | RUKIN HYLAND DORIA & TINDALL, LLP |
| | 100 Pine Street, Suite 725 |
| 3 | San Francisco, CA 94111 |
| | Telephone: 415-421-1800 |
| 4 | Facsimile: 415-421-1700 |
| | |
| 5 | Paul J. Lukas (MN State Bar No. 22084X) |
| | (admitted *pro hac vice*) |
| 6 | lukas@nka.com |
| | Donald H. Nichols (MN State Bar No. 78918) |
| 7 | (admitted *pro hac vice*) |
| | nichols@nka.com |
| 8 | Charles G. Frohman (MN State Bar No. 0386695) |
| | (admitted *pro hac vice*) |
| 9 | frohman@nka.com |
| | NICHOLS KASTER, PLLP |
| 10 | 80 S. 8th Street, Suite 4600 |
| | Minneapolis, MN 55402 |
| 11 | Telephone: 415-256-3200 |
| | Facsimile: 415-338-4878 |
| 12 | |
| | ATTORNEYS FOR PLAINTIFFS |
| 13 | |
| 14 | Joan B. Tucker Fife (CA State Bar No. 144572) |
| | jfife@winston.com |
| 15 | WINSTON & STRAWN LLP |
| | 101 California Street |
| 16 | San Francisco, CA  94111-5802 |
| | Telephone: 415-591-1000 |
| 17 | Facsimile: 415-591-1400 |
| | |
| 18 | Emilie C. Woodhead (CA State Bar No. 240464) |
| | ewoodhead@winston.com |
| 19 | WINSTON & STRAWN LLP |
| | 333 South Grand Ave |
| 20 | Los Angeles, CA  90071-1543 |
| | Telephone: 213-615-1700 |
| 21 | Facsimile: 213-615-1750 |
| | |
| 22 | ATTORNEYS FOR DEFENDANTS |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

On August 3, 2011, the Court *sua sponte* lifted the stay in this matter.  A case management conference to discuss resumption of the litigation is scheduled for November 4, 2011.  The parties have reached the terms of informal resolution of this matter and Plaintiffs will be submitting a dismissal with prejudice shortly.  IT IS THEREFORE STIPULATED AND AGREED, subject to the Court's approval, that the case management conference be continued by at least 30 days to a date and time convenient for the Court.

Dated:  October 25, 2011          /s/
      Charles G. Frohman
      NICHOLS KASTER, LLP

      Attorneys for Plaintiffs

Dated:  October 25, 2011          /s/
      Joan B. Tucker Fife
      WINSTON & STRAWN, LLP

      Attorneys for Defendants

### **[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.     The case management conference is continued to 12/9/11 @ 3 p.m.

Dated:  ____10/25/11____

_____
Honorable Susan Illston

**Attestation of Concurrence**

I, Joan B. Tucker Fife, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

By: _____/s/_____
Joan B. Tucker Fife