1 [Counsel on next page]

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

| Mellissa Gabriella, Steve Youmans, and Veronica Aceves, on behalf of themselves and classes of those similarly situated, | Case No. CV 06-4347 SI <br> The Honorable Susan Illston |
|---|---|
| Plaintiffs, <br> vs. <br> Wells Fargo Financial, Inc. and Wells Fargo Financial California, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, and DOES 1-50, <br> Defendants. | PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i); [PROPOSED] ORDER |

Peter Rukin (CA State Bar No. 178336)
John Hyland (CA State Bar No. 178875)
RUKIN HYLAND DORIA & TINDALL, LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: 415-421-1800
Facsimile: 415-421-1700

Paul J. Lukas (MN State Bar No. 22084X)
(admitted *pro hac vice*)
lukas@nka.com
Donald H. Nichols (MN State Bar No. 78918)
(admitted *pro hac vice*)
nichols@nka.com
Charles G. Frohman (MN State Bar No. 0386695)
(admitted *pro hac vice*)
frohman@nka.com
NICHOLS KASTER, PLLP
80 S. 8th Street, Suite 4600
Minneapolis, MN 55402
Telephone: 415-256-3200
Facsimile: 415-338-4878

ATTORNEYS FOR PLAINTIFFS


Joan B. Tucker Fife (CA State Bar No. 144572)
jfife@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: 415-591-1000
Facsimile: 415-591-1400

Emilie C. Woodhead (CA State Bar No. 240464)
ewoodhead@winston.com
WINSTON & STRAWN LLP
333 South Grand Ave
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

ATTORNEYS FOR DEFENDANTS

1 | Plaintiffs Mellissa Gabriella, Steve Youmans and Veronica Aceves, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismiss all causes of action in the Complaint as to Defendants Wells Fargo Financial, Inc., Wells Fargo Financial California, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, and DOES 1-50, with prejudice.

Plaintiffs may dismiss an action without a court order by filing a notice of dismissal before the opposing parties serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not filed a motion for summary judgment as to Plaintiffs' claims; therefore, dismissal is appropriate. Such dismissal is without prejudice unless stated otherwise in the notice. Fed. R. Civ. P. 41(a)(1)(B). Here, the parties have informally resolved this matter. Dismissal with prejudice under Rule 41(a)(1)(i) is therefore appropriate.

Dated: Nov. 10, 2011

/s/ *Charles D Frohman*
Charles G. Frohman
NICHOLS KASTER, LLP

Attorneys for Plaintiff


**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: _____

_____
Honorable Susan Illston

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mellissa Gabriella, Steve Youmans, and Veronica Aceves, on behalf of themselves and classes of those similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>Wells Fargo Financial, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, and DOES 1-50,<br><br>　　　　　　　Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that on November 10, 2011, I caused the following document:

**Plaintiffs' Notice of Dismissal**
**Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) and [Proposed] Order**

to be filed with the Clerk of Court via CM/ECF and that notice of this filing will be provided by the CM/ECF system to the following:

　　Joan B. Tucker Fife,
　　101 California Street
　　San Francisco, CA 94111-5802
　　jfife@winston.com

　　Emilie Woodhead
　　Eric E. Suits
　　Winston & Strawn LLP
　　333 South Grand Ave
　　Los Angeles, CA 90071-1543
　　ewoodhead@winston.com
　　esuits@winston.com

Dated:  November 10, 2011　　　　　　　s/Charles G. Frohman
　　　　　　　　　　　　　　　　　　　　**NICHOLS KASTER,P LLP**
　　　　　　　　　　　　　　　　　　　　Charles G. Frohman (MN No 0386695)
　　　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　4600 IDS Center
　　　　　　　　　　　　　　　　　　　　80 South Eighth Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　Telephone: (612) 256-3200
　　　　　　　　　　　　　　　　　　　　Facsimile: (612) 215-6870

　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFFS