1 | [Counsel on next page]

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mellissa Gabriella, Steve Youmans, and Veronica Aceves, on behalf of themselves and classes of those similarly situated,<br><br>              Plaintiffs,<br>vs.<br><br>Wells Fargo Financial, Inc. and Wells Fargo Financial California, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, and DOES 1-50,<br><br>              Defendants. | Case No. CV 06-4347 SI<br>The Honorable Susan Illston<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i); [P~~ROPOSE~~D] ORDER** |

| | |
|---|---|
| 1 | Peter Rukin (CA State Bar No. 178336) |
| | John Hyland (CA State Bar No. 178875) |
| 2 | RUKIN HYLAND DORIA & TINDALL, LLP |
| | 100 Pine Street, Suite 725 |
| 3 | San Francisco, CA 94111 |
| | Telephone: 415-421-1800 |
| 4 | Facsimile: 415-421-1700 |
| | |
| 5 | Paul J. Lukas (MN State Bar No. 22084X) |
| | (admitted *pro hac vice*) |
| 6 | lukas@nka.com |
| | Donald H. Nichols (MN State Bar No. 78918) |
| 7 | (admitted *pro hac vice*) |
| | nichols@nka.com |
| 8 | Charles G. Frohman (MN State Bar No. 0386695) |
| | (admitted *pro hac vice*) |
| 9 | frohman@nka.com |
| | NICHOLS KASTER, PLLP |
| 10 | 80 S. 8th Street, Suite 4600 |
| | Minneapolis, MN 55402 |
| 11 | Telephone: 415-256-3200 |
| | Facsimile: 415-338-4878 |
| 12 | |
| | ATTORNEYS FOR PLAINTIFFS |
| 13 | |
| 14 | Joan B. Tucker Fife (CA State Bar No. 144572) |
| | jfife@winston.com |
| 15 | WINSTON & STRAWN LLP |
| | 101 California Street |
| 16 | San Francisco, CA  94111-5802 |
| | Telephone: 415-591-1000 |
| 17 | Facsimile: 415-591-1400 |
| | |
| 18 | Emilie C. Woodhead (CA State Bar No. 240464) |
| | ewoodhead@winston.com |
| 19 | WINSTON & STRAWN LLP |
| | 333 South Grand Ave |
| 20 | Los Angeles, CA  90071-1543 |
| | Telephone: 213-615-1700 |
| 21 | Facsimile: 213-615-1750 |
| | |
| 22 | ATTORNEYS FOR DEFENDANTS |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i); [PROPOSED] ORDER
Case No. CV 06-4347 SI

1   Plaintiffs Mellissa Gabriella, Steve Youmans and Veronica Aceves, pursuant to Rule
2   41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismiss all causes of action in the
3   Complaint as to Defendants Wells Fargo Financial, Inc., Wells Fargo Financial California, Inc. d/b/a
4   Wells Fargo Financial and Wells Fargo Financial Acceptance, and DOES 1-50, with prejudice.
5   Plaintiffs may dismiss an action without a court order by filing a notice of dismissal before
6   the opposing parties serves either an answer or a motion for summary judgment.  Fed. R. Civ. P.
7   41(a)(1)(A)(i).  Defendants have not filed a motion for summary judgment as to Plaintiffs' claims;
8   therefore, dismissal is appropriate.  Such dismissal is without prejudice unless stated otherwise in the
9   notice.  Fed. R. Civ. P. 41(a)(1)(B).  Here, the parties have informally resolved this matter.
10  Dismissal with prejudice under Rule 41(a)(1)(i) is therefore appropriate.

12  Dated: Nov. 10, 2011                    /s/ Charles D Frohman
                                             Charles G. Frohman
13                                           NICHOLS KASTER, LLP

14                                           Attorneys for Plaintiff

16                          **[PROPOSED] ORDER**

17  GOOD CAUSE APPEARING, IT IS SO ORDERED.

19  Dated:    11/16/11

                                             _____
22                                           Honorable Susan Illston

2
PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i); [PROPOSED] ORDER
Case No. CV 06-4347 SI

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mellissa Gabriella, Steve Youmans, and Veronica Aceves, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Wells Fargo Financial, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, and DOES 1-50,<br><br>Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that on November 10, 2011, I caused the following document:

**Plaintiffs' Notice of Dismissal
Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) and [Proposed] Order**

to be filed with the Clerk of Court via CM/ECF and that notice of this filing will be provided by the CM/ECF system to the following:

Joan B. Tucker Fife,
101 California Street
San Francisco, CA 94111-5802
jfife@winston.com

Emilie Woodhead
Eric E. Suits
Winston & Strawn LLP
333 South Grand Ave
Los Angeles, CA 90071-1543
ewoodhead@winston.com
esuits@winston.com

Dated:  November 10, 2011

s/Charles G. Frohman
**NICHOLS KASTER,P LLP**
Charles G. Frohman (MN No 0386695)
(admitted *pro hac vice*)
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

ATTORNEYS FOR PLAINTIFFS